# SUPERIOR COURT OF PENNSYLVANIA

Com. v. Strickland .................... 1493 EDA 2014    11/01/2016    CP–51–CR–0013882–2011 (Philadelphia)
Affirmed

| Case | Docket | Date | Lower Court No. |
|---|---|---|---|
| Com. v. Strickland | 1493 EDA 2014 Affirmed | 11/01/2016 | CP–51–CR–0013882– 2011 (Philadelphia) |
| Com. v. Swinton | 2654 EDA 2014 Affirmed | 11/01/2016 | CP–51–CR–0011984– 2012 (Philadelphia) |
| Com. v. Tootle | 3030 EDA 2014 Affirmed | 11/01/2016 | CP–51–CR–0014103– 2012 (Philadelphia) |
| Com. v. Bangura | 1379 EDA 2015 Affirmed | 11/01/2016 | CP–51–CR–0005184– 2014 (Philadelphia) |
| Com. v. Spivey | 3105 EDA 2015 Affirmed, Reversed and Remanded | 11/01/2016 | CP–51–CR–0003401– 2009 (Philadelphia) |
| Lehrman v. Lehrman | 3145 EDA 2015 Affirmed | 11/01/2016 | No. C–48–CV–2012– 258 (Northampton) |
| Bayview Loan Servicing v. Etreih | 3278 EDA 2015 Affirmed | 11/01/2016 | No. 130801821 August Term, 2013 (Philadelphia) |